446

No. 66737.—Sprouse Reitz Co., Inc. v. United States, protest 58/25757 (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of microscopes, valued under $25 each, the claim of the plaintiff was sustained.

No. 66738.—Castelazo & Associates and Surgident, Ltd., Los Angeles, et al. v. United States, protests 61/17210, etc. (Los Angeles).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of "Directa" protective crowns similar in all material respects to those the subject of Abstract 66211, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MAY 3, 1962

No. 66739.—Engis Equipment Company et al. v. United States, protests 61/8674–11950, etc. (Chicago).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of talyrond and talysurf apparatus and equipment similar in all material respects to those the subject of Abstract 64440, the claim of the plaintiffs was sustained.